Matthew J. Langley (SBN 342846)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (773) 554-9354
matt@almeidalawgroup.com

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs & the Proposed Classes*

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C. and T.S., *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>WALGREEN CO. d/b/a WALGREENS, an Illinois Corporation,<br><br>Defendant. | Case No. 23-cv-01933-SRM-SP<br><br>Assigned to: Hon. Serena R. Murillo<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION TO VACATE THE TRIAL DATE AND CONTINUE ALL PRE-TRIAL DEADLINES**<br><br>Hearing Date: July 8, 2026<br><br>Hearing Time: 1:30 P.M.<br><br>Courtroom: To Be Assigned<br><br>Final Pretrial Conference: July 9, 2026 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 8, 2026, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Serena R. Murillo, United States District Judge for the Central District of California, Plaintiffs R.C. and T.S. will and hereby do move this Court for an order vacating the July 28, 2026 trial date and the July 9, 2026 final pretrial conference and continuing all pre-trial deadlines until the Court rules on Plaintiffs' pending Motion for Leave to File Third Amended Complaint and to Modify the Case Schedule (ECF No. 81).

This Motion is unopposed. Plaintiffs have met and conferred with counsel for Defendant, who has indicated that Defendant does not oppose the relief sought in this Motion.

This Motion is based upon this Notice of Motion, the accompanying Motion, the pleadings and papers on file in this action, and such further argument and evidence as may be presented at or before the hearing.

Dated: June 11, 2026

Respectfully Submitted,

*/s/ Matthew J. Langley*
Matthew J. Langley
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (773) 554-9354
matt@almeidalawgroup.com

Andrew Ready Tate (*pro hac vice* granted)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
235 Peachtree Street NE Suite 400
Atlanta, GA 30303
atate@peifferwolf.com
Tel: (404) 282-4806

Brandon M. Wise (*pro hac vice* granted)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
One US Bank Plaza Suite 1950
St. Louis, Missouri 63101
bwise@peifferwolf.com
Tel: (314) 833-4825

*Attorneys for Plaintiffs & the Proposed Classes*

PLAINTIFFS' NOTICE OF UNOPPOSED MOTION TO VACATE THE TRIAL DATE AND CONTINUE ALL PRE-TRIAL DEADLINES